No. 5249. BUTLER v. CADY, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 5353. JUAREZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 5411. JOHNSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5482. RUARK v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 5490. SMITH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5514. STROZIER v. SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 5565. HAMPTON v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5675. PETERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 5694. FURTAK v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 5746. PEGRAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5761. SANDERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5770. FRYE v. PATTEN. C. A. 2d Cir. Certiorari denied.

No. 5825. GRANTHAM v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.